# Patterson Belknap Webb & Tyler LLP

1133 Avenue of the Americas    New York, NY 10036-6710    212.336.2000    fax 212.336.2222    www.pbwt.com

November 3, 2016

Harry Sandick
Partner
(212) 336-2723
Direct Fax: (212) 336-1215
hsandick@pbwt.com

**By ECF**

Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

Re: *United States v. Anthony Grecco*,
**Docket No. 16-3112**

Dear Ms. Wolfe:

We represent Appellant Anthony Grecco in the subject appeal. We write to advise the Court on the status of our pending requests for district court transcripts in this matter.

As of the writing of this letter, we have received district court transcripts for several trial days and for the sentencing but we are still waiting to receive the transcript for several other trial days. We have recently learned that those other trial days were transcribed by multiple court reporters working in the White Plains courthouse of the Southern District of New York. We are in the process of contacting each of them to ask for the additional transcripts.

We will keep the Court apprised of the status of our transcript request. Upon receipt of all requested transcripts, we will promptly submit a proposed scheduling order, consistent with Local Rule 31.2(a).

Please let us know if there are additional questions about our pending transcript requests. Thank you for your assistance.

Respectfully submitted,

Harry Sandick

9297360v.1