# Patterson Belknap Webb & Tyler LLP

1133 Avenue of the Americas    New York, NY 10036-6710    212.336.2000    fax 212.336.2222    www.pbwt.com

March 7, 2017

Harry Sandick
Partner
(212) 336-2723
Direct Fax: (212) 336-1215
hsandick@pbwt.com

**By ECF**

The Honorable Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

Re:   *United States v. Anthony Grecco*,
      Docket No. 16-3112

Dear Ms. Wolfe:

We represent Appellant Anthony Grecco in the subject appeal. We write to advise the Court on the status of our pending requests for district court transcripts in this matter.

As of the writing of this letter, we remain in the same position as we were as of our last writing. The court reporter who is preparing the transcripts for the three pretrial conferences that are outstanding has encountered delays in the past several months due to illness, work and vacation. We had expected her to complete these transcripts on or before March 3, but the transcripts have not been received, nor have we heard about the reason for this delay. We will continue to follow up with the court reporter to obtain these missing transcripts. Once these transcripts are received, our entire transcript request will be complete and we will request a briefing schedule.

We will keep the Court apprised of the status of our transcript request. Upon receipt of all requested transcripts, we will promptly submit a proposed scheduling order, consistent with Local Rule 31.2(a).

Please let us know if there are additional questions about our pending transcript requests. Thank you for your assistance.

Respectfully submitted,

Harry Sandick

9362972v.6