UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 1st day of June, two thousand and seventeen,

United States of America,

    Appellee,

v.

Sean Ingram, Andrea Beatty,

    Defendants,

Anthony Grecco,

    Defendant - Appellant.

**ORDER**
Docket No: 16-3112

    Counsel for APPELLANT Anthony Grecco has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting August 31, 2017 as the brief filing date.

    It is HEREBY ORDERED that Appellant's brief must be filed on or before August 31, 2017. If the brief is not filed by that date, counsel may be subject to an order to show cause why a financial sanction should not be imposed under Local Rule 27.1(h) for the default.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

